**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION** | : | **Master Docket: Misc. No. 21-mc-1230-JFC** |
| | : | **MDL No. 3014** |
| **This Document Relates to:** | : | **SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL** |
| **BETH SCHOENWOLF** | | |

Plaintiff(s) incorporate(s) by reference the Second Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

__X__ Koninklijke Philips N.V.

__X__ Philips North America LLC.

__X__ Philips RS North America LLC.

__X__ Philips Holding USA Inc.

__X__ Philips RS North America Holding Corporation.

__X__ Polymer Technologies, Inc.

__X__ Polymer Molded Products LLC.

## II. PLAINTIFF(S)

2. Name of Plaintiff(s):

| Beth Schoenwolf |
|---|

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

| |
|---|

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

| |
|---|

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

| North Carolina |
|---|

## III. DESIGNATED FORUM

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

| |
|---|
| Eastern District of North Carolina |

## IV. USE OF A RECALLED DEVICE

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☐ *DreamStation ASV* | ☐ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| ☐ *OmniLab Advanced +* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP A40* |
| X *DreamStation* | ☐ *A-Series BiPAP A30* |
| ☐ *DreamStation Go* | ☐ *Other Philips Respironics Device*; if other, identify the model: ______________________________ |
| ☐ *Dorma 400* | |

## V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

X Cancer: Lung (specify cancer)

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☐ Other (specify): Recurring pneumonia

## VI. CAUSES OF ACTION/DAMAGES

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| X | Count VI (1): | Negligent Failure to Recall |
| X | Count VI (2): | Negligent Recall |
| X | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of the Implied Warranty of Merchantability |
| X | Count XII: | Breach of the Implied Warranty of Usability |
| X | Count XIII: | Fraud |
| X | Count XIV: | Negligent Misrepresentation |

__X__ Count XV: Negligence Per Se

__X__ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

State(s) at issue: North Carolina

Count XVII: [DISMISSED]

____ Count XVIII: Loss of Consortium

____ Count XIX: Survivorship and Wrongful Death

__X__ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

| |
|---|
| |

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $__________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $___________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__ Count I: Negligence

__X__ Count II: Strict Liability: Design Defect

__X__ Count III: Negligent Design

__X__ Count IV: Strict Liability: Failure to Warn

__X__ Count V: Negligent Failure to Warn

__X__ Count VI (1): Negligent Failure to Recall

__X__ Count VI (2): Negligent Recall

__X__ Count VII: Battery

Count VIII: [DISMISSED]

Count IX: [DISMISSED]

__X__ Count X: Breach of Express Warranty

__X__ Count XI: Breach of the Implied Warranty of Merchantability

__X__ Count XII: Breach of the Implied Warranty of Usability

__X__ Count XIII: Fraud

__X__ Count XIV: Negligent Misrepresentation

__X__ Count XV: Negligence Per Se

__X__ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

State(s) at issue: North Carolina

Count XVII: [DISMISSED]

____ Count XVIII: Loss of Consortium

____ Count XIX: Survivorship and Wrongful Death

__X__ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

| |
|---|
| |

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $__________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $___________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__ Count I: Negligence

__X__ Count II: Strict Liability: Design Defect

__X__ Count III: Negligent Design

__X__ Count IV: Strict Liability: Failure to Warn

__X__ Count V: Negligent Failure to Warn

__X__ Count VI (1): Negligent Failure to Recall

__X__ Count VI (2): Negligent Recall

__X__ Count VII: Battery

Count VIII: [DISMISSED]

Count IX: [DISMISSED]

__X__ Count X: Breach of Express Warranty

__X__ Count XI: Breach of the Implied Warranty of Merchantability

__X__ Count XII: Breach of the Implied Warranty of Usability

__X__ Count XIII: Fraud

__X__ Count XIV: Negligent Misrepresentation

__X__ Count XV: Negligence Per Se

__X__ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

State(s) at issue: North Carolina

Count XVII: [DISMISSED]

____ Count XVIII: Loss of Consortium

____ Count XIX: Survivorship and Wrongful Death

_X_ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

| |
|---|
| |

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $__________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $__________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| X | Count VI (1): | Negligent Failure to Recall |
| X | Count VI (2): | Negligent Recall |
| X | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of the Implied Warranty of Merchantability |
| X | Count XII: | Breach of the Implied Warranty of Usability |
| X | Count XIII: | Fraud |
| X | Count XIV: | Negligent Misrepresentation |
| X | Count XV: | Negligence Per Se |
| X | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |

State(s) at issue: North Carolina

Count XVII: [DISMISSED]

____ Count XVIII: Loss of Consortium

____ Count XIX: Survivorship and Wrongful Death

_X_ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $__________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __X__ | Count III: | Negligent Design |
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VI (1): | Negligent Failure to Recall |
| __X__ | Count VI (2): | Negligent Recall |
| __X__ | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| __X__ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| __X__ | Count XII: | Breach of the Implied Warranty of Usability |
| __X__ | Count XIII: | Fraud |
| __X__ | Count XIV: | Negligent Misrepresentation |
| __X__ | Count XV: | Negligence Per Se |
| __X__ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |

State(s) at issue: North Carolina

Count XVII: [DISMISSED]

____ Count XVIII: Loss of Consortium

____ Count XIX: Survivorship and Wrongful Death

__X__ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

| |
|---|
| |

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $___________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

14. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| | Count XVII: | [DISMISSED] |
| ______ | Count XVIII: | Loss of Consortium |
| ______ | Count XIX: | Survivorship and Wrongful Death |
| X | Count XX: | Medical Monitoring |
| | Count XXI: | [DISMISSED] |
| ______ | Count XXII: | Other [specify below] |

| |
|---|
| |

| | | |
|---|---|---|
| ______ | Count XXIII: | Violations of Connecticut Product Liability Act |
| ______ | Count XXIV: | Violations of Indiana Product Liability Act |
| ______ | Count XXV: | Violations of Kansas Product Liability Act |

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $__________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $___________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

15. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__ Count I: Negligence

__X__ Count II: Strict Liability: Design Defect

__X__ Count III: Negligent Design

__X__ Count IV: Strict Liability: Failure to Warn

__X__ Count V: Negligent Failure to Warn

Count VIII: [DISMISSED]

Count IX: [DISMISSED]

Count XVII: [DISMISSED]

______ Count XVIII: Loss of Consortium

______ Count XIX: Survivorship and Wrongful Death

__X__ Count XX: Medical Monitoring

Count XXI: [DISMISSED]

______ Count XXII: Other [specify below]

| |
|---|
| |

______ Count XXIII: Violations of Connecticut Product Liability Act

______ Count XXIV: Violations of Indiana Product Liability Act

______ Count XXV: Violations of Kansas Product Liability Act

______ Count XXVI: Violations of Louisiana Product Liability Act

______ Count XXVII: Violations of Mississippi Product Liability Act

______ Count XXVIII: Violations of New Jersey Product Liability Act

______ Count XXIX: Violations of Ohio Product Liability Act

______ Count XXX: Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_________, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $__________ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

______ Count XXXI: Violations of Washington Product Liability Act

______ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

16. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

17. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

18. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 17 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form

Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: ______05/04/2026__________

*/s/ Mark M. Abramowitz*

**DICELLO LEVITT LLP**
Mark M. Abramowitz (327041)
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Phone: (440) 953-8888
Fax: (440) 953-9138
mabramowitz@dicellolevitt.com